*769 COLLOTON, Circuit Judge,
concurring in the judgment.
I concur in the dismissal of Village Market’s appeal for lack of jurisdiction. Alternatively, even treating Village Market’s appeal as a petition for writ of mandamus, I would deny relief. For the reasons stated in the separate opinion in No. 15-1786, Millennium Operations, Inc. v. SuperValu, Inc., Village Market should be compelled to arbitrate its dispute with Sup'erValu pursuant to the arbitration agreement between the parties. The district court thus did not err in declining to permit Village Market to seek certification of a class in federal court.
Although I doubt that the motion of Colella’s Supermarket, Inc., to intervene was untimely, once Village Market is compelled to arbitrate its dispute with Super-Valu, Colella’s is not entitled to intervene in this action. With Village Market directed to arbitrate, Colella’s has no interest relating to the transaction which is the subject of the remaining action, and disposition of the remaining action would not impair or impede Colella’s ability to protect its interest. See Fed. R. Civ. P. 24(a). Colella’s is free to pursue its claim against SuperValu in a separate action.
For these reasons, I concur in the judgment.